# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDALE OUTPATIENT SURGERY CENTER, a California corporation<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY, a health benefits corporation doing business in California; and DOES 1 through 100,<br><br>　　　　　　Defendants. | CASE NO.  2:18-cv-10542 DSF (AGR)<br><br>*Hon. Judge Dale S. Fischer*<br>Courtroom: 7D<br><br>**ORDER RE JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 12/20/2018 |

The Court, having considered the accompanying Stipulation, and Request for Dismissal with Prejudice, and finding good cause therefore, hereby ORDERS that this matter is DISMISSED WITH PREJUDICE. Each party to bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

DATED: November 5, 2025

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE